■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENNETH P. BROWNE, Respondent. [601 NYS2d 893] —Order unanimously affirmed *(see, People v Mitchell,* 189 AD2d 337). (Appeal from Order of Monroe County Court, Wisner, J.— Settle Record.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.